**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Cecil Raymond FERGUSON,
Defendant-Appellant.**

**No. 91-6316.**

United States Court of Appeals,
Sixth Circuit.

April 26, 1993.

### ORDER

A member of the Court requested a poll in the above case, and that poll resulted in a majority of the Judges of the Court voting for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

> The effect of the granting of a rehearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.